# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 17, 2025

_____

RESPONSE REQUESTED

_____

No. 25-1404,   Kilmar Abrego Garcia v. Kristi Noem
                           8:25-cv-00951-PX

TO:   Kilmar Armando Abrego Garcia
          Jennifer Stefania Vasquez Sura
          A.A.V.

RESPONSE DUE: **04/17/2025 by 5:00 pm.**

Response is required to the motion for stay pending appeal and petition for writ of mandamus on or before the due date above.

Cathi Bennett, Deputy Clerk
804-916-2702