# In the United States Court of Appeals
# for the Fourth Circuit

Kilmar Armando Abrego Garcia and others,

    *Plaintiffs-Appellees*,

v.

Kristi Noem, Secretary of Homeland Security, and others,

    *Defendants-Appellants*.

No. 25-1404

## Motion for Leave to File Self-Represented Amicus Brief in Support of Plaintiffs' Motion for Additional Relief

I move under Federal Rule of Appellate Procedure 29(a)(3) for leave to file the attached amicus brief opposing Defendants'–Appellants' (the "Government's") motion for a stay pending appeal. The Government consents to the filing of the amicus brief; the Plaintiffs take no position on its filing.

**Interest of Amicus.** I have been a member of the Bar of this Court since December 29, 2017. Like Mr. Abrego Garcia, I reside in Maryland with my American-citizen wife. R.161.[1] Defendants' (the "Government's") motion asserts

---

[1] The Government attached portions of the record below to its motion. "R." citations in this brief refer to the pagination applied by the Government to those attachments.

the power to send me to the same Salvadoran prison, then do nothing to get me back. That is not how our constitutional system of government works.

**Desirability of Amicus Briefing.** This case is moving at breakneck speed through sophisticated constitutional questions. The Supreme Court affirmed this Court only seven days ago. *Noem v. Abrego Garcia*, no. 24A949, slip op. at 2 (Apr. 10, 2025). Since then, the parties have submitted only a handful of authorities to the district court, and the Government's core legal argument has occupied a single paragraph. The Government's stay offers little more authority, instead standing on bald assertions of authority. The attached amicus brief works through relevant authorities, summarizing key cases and doctrines.

**Conclusion.** For these reasons, the Court should grant this motion and grant leave to file the attached amicus brief.

Respectfully submitted,

  */s/ Joseph Dudek*
Joseph Dudek (20261)
4605 Huntley Drive
Ellicott City, Maryland 21043
(585) 755-6479
dudekj@gmail.com

## Certificate of Service

I certify that on April 17, 2025, I filed this motion and the attached amicus brief using the CM/ECF system. All participants in this case are represented by registered CM/ECF users, so service will be accomplished by the CM/ECF system.

*/s/ Joseph Dudek*
Joseph Dudek
