FILED: April 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1404
(8:25-cv-00951-PX)
_____

KILMAR ARMANDO ABREGO GARCIA; JENNIFER STEFANIA VASQUEZ SURA; A.A.V., a minor, by and through his next friend and mother, Jennifer Vasquez Sura

      Plaintiffs - Appellees

v.

KRISTI NOEM; TODD LYONS; KENNETH GENALO; NIKITA BAKER; PAMELA JO BONDI; MARCO RUBIO

      Defendants - Appellants

_____

O R D E R
_____

Upon consideration of the motion for leave to file an amicus curiae brief by Joseph Dudek in support of appellees, the court denies the motion as moot.

For the Court

/s/ Nwamaka Anowi, Clerk