UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1404
(8:25-cv-00951-PX)

_____

KILMAR ARMANDO ABREGO GARCIA; JENNIFER STEFANIA VASQUEZ
SURA; A.A.V., a minor, by and through his next friend and mother, Jennifer
Vasquez Sura

       Plaintiffs - Appellees

v.

MARKWAYNE MULLIN; TODD LYONS; KENNETH GENALO; NIKITA
BAKER; TODD BLANCHE; MARCO RUBIO

       Defendants - Appellants

_____

O R D E R
_____

Acting Attorney General, Todd Blanche, is substituted for former Attorney

General, Pamela Jo Bondi, as a party to this case pursuant to Fed. R. App. P.

43(c)(2).

       For the Court--By Direction

       /s/ Nwamaka Anowi, Clerk