June 23, 2026

_____

NOTICE TO RESPOND
TO COURT INQUIRY

_____

No.   25-1404,      Kilmar Abrego Garcia v. Markwayne Mullin
                    8:25-cv-00951-PX

**RESPONSE DUE: July 7, 2026**

A docketing notice was issued on April 16, 2025.  Within 14 days of such notice, appellants' counsel was required to file the docketing statement.  To date, a docketing statement has not been filed.  Accordingly, appellants' counsel is directed to file the docketing statement within 14 days of this notice.

Please use the following form: Docketing Statement (Civil/Agency Cases)

C. Bennett, Deputy Clerk
804-916-2702

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1404
(8:25-cv-00951-PX)

_____

KILMAR ARMANDO ABREGO GARCIA; JENNIFER STEFANIA VASQUEZ
SURA; A.A.V., a minor, by and through his next friend and mother, Jennifer
Vasquez Sura

Plaintiffs - Appellees

v.

MARKWAYNE MULLIN; TODD LYONS; KENNETH GENALO; NIKITA
BAKER; TODD BLANCHE; MARCO RUBIO

Defendants - Appellants

_____

DECLARATION OF INMATE FILING

_____

I am an inmate confined in an institution. On _____ [*insert date*], I deposited the _____ [*insert title of document; for example, "notice of appeal" or "petition for rehearing/rehearing en banc"*] in this case in the institution's internal mail system. First-class postage was prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here: _____
Print your name here: _____
Date Signed: _____

[ ***Note to inmate filers:*** *If your institution has a system designed for legal*

*mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).* ]