UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1404
(8:25-cv-00951-PX)
_____

KILMAR ARMANDO ABREGO GARCIA; JENNIFER STEFANIA VASQUEZ
SURA; A.A.V., a minor, by and through his next friend and mother, Jennifer
Vasquez Sura

   Plaintiffs - Appellees

v.

MARKWAYNE MULLIN; DAVID J. VENTURELLA; KENNETH GENALO;
NIKITA BAKER; TODD BLANCHE; MARCO RUBIO

   Defendants - Appellants

_____

O R D E R
_____

   The court substitutes David J. Venturella for Todd Lyons as a party to

this proceeding.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk